
RECEIVED
OCT 12 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC JONES | CIVIL ACTION NO. 1:10-cv-00732 SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment (Doc. 19) IS GRANTED and plaintiff's suit IS DISMISSED WITH PREJUDICE .

THUS DONE AND SIGNED at Alexandria, Louisiana on this 12th day of October, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE